AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 8:19MJ552 |
| JOHNATHAN FEATHERSTONE | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 10, 2019 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Escape from Custody |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew A. Westover, Deputy U.S. Marshal
*Printed name and title*

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: 11/18/2019

*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistate Judge
*Printed name and title*

AFFIDAVIT

1. Your affiant, Matthew A. Westover, being first duly sworn an oath, deposed and state the following. That your affiant is currently employed as a Deputy United States Marshal with the United States Marshals Service in the District of Nebraska and has been so employed since January of 2015. Prior to joining the United States Marshals Service, your affiant worked for six years as a civilian police officer for the United States Marine Corps and four years on active duty in the Unites States Marine Corps. Your affiant is a graduate of National University with a Bachelor's Degree in Criminal Justice and a Master's Degree in Organizational Leadership. Your affiant is also a graduate of the United States Marshals Service Basic Course and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center located in Brunswick, Georgia.

2. On December 13, 2016, JOHNATHAN FEATHERSTONE was sentenced by U.S. District Judge John Jarvey to 33 months in Bureau of Prisons Custody followed by 3 years of supervised release for Felon in Possession of a Firearm (case 8:16-cr-11).

3. On November 10, 2019, at approximately 8:04pm, the USMS in the District of Nebraska was notified by the Bureau of Prisons that JOHNATHAN FEATHERSTONE had signed out on November 8, 2019, to stay with his mother, Dixie Fischer, at 16572 Sumac Road Honey Creek, Iowa and was to return on November 10, 2019. Escape checks were conducted, including contact with local law enforcement and hospitals but was unsuccessful. The Bureau of Prisons placed FEATHERSTONE on escape status at this time.

4. As of November 18, 2019 at 0900 hrs, FEATHERSTONE still has not reported to the halfway house, nor has the halfway house received any contact from FEATHERSTONE and his whereabouts are unknown.

5. Based on the facts and information presented above, your affiant respectfully asserts that JOHNATHAN FEATHERSTONE was a person lawfully in the custody of the Attorney General, located at Dismas Charities, Inc. in Omaha, NE, in the District of Nebraska, and that FEATHERSTONE willfully failed to remain within the extended limits of his confinement, or to return within the time prescribed to the institution in violation of Title 18 U.S.C. 751, and that an arrest warrant should be issued.

_____
Matthew A. Westover
Deputy U.S. Marshal

Subscribed and sworn in my presence this 18th of November, 2019.

_____
MICHAEL D. NELSON
United States Magistrate Judge